

FILE COPY

RE: Case No. 15-0196                    DATE: 4/14/2015
    COA #: 12-13-00035-CV    TC#: 2011-115
STYLE: CYNTHIA KAY LYLES
    v. AARON JORDAN, ET AL.

Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **April 29, 2015. Further requests for extensions of time for this filing will be disfavored.**

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702